*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA Date: August 22, 2016

vs. Case No. 16-3028-01-CR-S-SRB

JOSHUA WOOD

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Change of Plea Hearing

Time Commenced: 9:28 a.m. Time Terminated: 9:36 a.m.

APPEARANCES

Plaintiff: James Kelleher, AUSA Defendant: Michelle Moulder, AFPD

Proceedings: Parties appear as indicated above, defendant in person. Court notes that defendant has signed a consent to proceed before the Magistrate pursuant to Rule 11. Defendant advised of rights. Defendant pleads guilty to the one-count Indictment. Defendant duly sworn and questioned by the Court.

The Court finds an adequate factual basis for the plea of guilty and will recommend that it be accepted by the District Court. Court orders PSI. Defendant remains in custody.

ERO/COURTROOM DEPUTY: Kerry Schroeppel